| | |
|---|---|
| **Subject:** | Re: [EXT]Brian Thure |
| **Date:** | Thursday, June 18, 2026 at 11:52:28 AM Central Daylight Time |
| **From:** | Brent A. Hannafan |
| **To:** | Suedekum, Chris (USATNM), John R. Glover |
| **Attachments:** | image001.png, k2ojszqzsi.png, wicq3wkc4u.png, 2jng2mee6al.png |

Chris,

Thanks again to you and the agents for making the time to meet with us last week. We have since met with the Thures and advised them that you consider Brian a target and Julie a subject, and what those terms mean in this context. We also advised them that you and the agents had seen TFF's civil complaint and would need some time to investigate the allegations made in the complaint. We understand that could take a while, and it will take us some time to investigate those ourselves. But as we discussed last week, we'd appreciate the opportunity to meet with you and the agents again to discuss a potential pre-indictment resolution before any charging decisions are made. Just let us know when you feel you are in a position to have that discussion.

Thanks,

Brent

**Brent Hannafan**
**Partner**



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 252-5717 | Brent@litson.co

 

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Brent A. Hannafan <Brent@litson.co>
**Date:** Tuesday, May 19, 2026 at 12:43 PM
**To:** Suedekum, Chris (USATNM) <Chris.Suedekum@usdoj.gov>, John R. Glover <jr@litson.co>
**Subject:** Re: [EXT]Brian Thure

In person, please.

**From:** Suedekum, Chris (USATNM) <Chris.Suedekum@usdoj.gov>
**Date:** Tuesday, May 19, 2026 at 12:27 PM
**To:** John R. Glover <jr@litson.co>

**Cc:** Brent A. Hannafan <[Brent@litson.co](mailto:Brent@litson.co)>
**Subject:** RE: [EXT]Brian Thure

That works. Do you want to do it via Teams or come over here in person?

**Chris Suedekum**
Deputy Criminal Chief, White Collar Crime
United States Attorney's Office
for the Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN  37203
(615) 736-2081 (office)
(615) 401-6626 (facsimile)
Email: chris.suedekum@usdoj.gov

---

**From:** John R. Glover <[jr@litson.co](mailto:jr@litson.co)>
**Sent:** Tuesday, May 19, 2026 11:37 AM
**To:** Suedekum, Chris (USATNM) <[Chris.Suedekum@usdoj.gov](mailto:Chris.Suedekum@usdoj.gov)>
**Cc:** Brent A. Hannafan <Brent@litson.co>
**Subject:** [EXTERNAL] Re: [EXT]Brian Thure

Yes. Brent and I can do that afternoon. Wanna say 2:00?

**John Ross Glover**
Partner

# L I T S O N

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187  |  jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Suedekum, Chris (USATNM) <[Chris.Suedekum@usdoj.gov](mailto:Chris.Suedekum@usdoj.gov)>
**Date:** Tuesday, May 19, 2026 at 11:30 AM
**To:** John R. Glover <[jr@litson.co](mailto:jr@litson.co)>
**Cc:** Brent A. Hannafan <[Brent@litson.co](mailto:Brent@litson.co)>
**Subject:** RE: [EXT]Brian Thure

Does June 8th work?

**Chris Suedekum**
Deputy Criminal Chief, White Collar Crime
United States Attorney's Office

for the Middle District of Tennessee
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-2081 (office)
(615) 401-6626 (facsimile)
Email: chris.suedekum@usdoj.gov

---

**From:** John R. Glover <jr@litson.co>
**Sent:** Tuesday, May 19, 2026 10:03 AM
**To:** Suedekum, Chris (USATNM) <Chris.Suedekum@usdoj.gov>
**Cc:** Brent A. Hannafan <Brent@litson.co>
**Subject:** [EXTERNAL] Re: [EXT]Brian Thure

How about the week of June 8? We've got a couple conflicts the first week of June.

**John Ross Glover**
Partner

# L I T S O N

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Suedekum, Chris (USATNM) <Chris.Suedekum@usdoj.gov>
**Sent:** Monday, May 18, 2026 5:08 PM
**To:** John R. Glover <jr@litson.co>
**Cc:** Brent A. Hannafan <Brent@litson.co>
**Subject:** RE: [EXT]Brian Thure

Hey JR,

How about the first week in June? I don't know that I will have an update to provide to you and Brent regarding the investigation, but if you are wanting to make a presentation on the investigation or potential resolutions, I'm happy to set up some time to talk (by Teams or in person).

Let me know,

Chris

**Chris Suedekum**
Deputy Criminal Chief, White Collar Crime
United States Attorney's Office
for the Middle District of Tennessee

719 Church Street, Suite 3300
Nashville, TN  37203
(615) 736-2081 (office)
(615) 401-6626 (facsimile)
Email: chris.suedekum@usdoj.gov

---

**From:** John R. Glover <jr@litson.co>
**Sent:** Monday, May 18, 2026 2:01 PM
**To:** Suedekum, Chris (USATNM) <Chris.Suedekum@usdoj.gov>
**Cc:** Brent A. Hannafan <Brent@litson.co>
**Subject:** [EXTERNAL] Re: [EXT]Brian Thure

Chris,

We wanted to reach out to see if you're in a position to meet and discuss the state of things. We're not necessarily looking to reverse proffer—just discuss the state of the investigation and possibly propose some resolutions from our side.

If you're ready to discuss, I'd propose we sit down some time after the holiday weekend.

Thanks,
JR


**John Ross Glover**
Partner

# LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187  |  jr@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Brent A. Hannafan <Brent@litson.co>
**Date:** Wednesday, May 6, 2026 at 2:43 PM
**To:** Locke Andrew C (CI) <Andrew.Locke@ci.irs.gov>;
CTMorris@uspis.gov <CTMorris@uspis.gov>
**Cc:** John R. Glover <jr@litson.co>
**Subject:** Re: [EXT]Brian Thure
We can talk then.  Let us know if there is a conference call number we should call.

Get Outlook for Mac

**From:** Locke Andrew C (CI) <Andrew.Locke@ci.irs.gov>
**Date:** Wednesday, May 6, 2026 at 2:08 PM
**To:** Brent A. Hannafan <Brent@litson.co>, CTMorris@uspis.gov <CTMorris@uspis.gov>
**Cc:** John R. Glover <jr@litson.co>
**Subject:** RE: [EXT]Brian Thure

Mr. Hannafan,

Thank you for your email. Inspector Morris, myself, and the case AUSA are available for a call today at 3:00 CT. Does that time work for you?

Thanks,
Andrew Locke
Special Agent
IRS Criminal Investigation
801 Broadway, Nashville, TN 37203
O: 615-250-5157
C: 615-594-9915

**From:** Brent A. Hannafan <Brent@litson.co>
**Sent:** Wednesday, May 6, 2026 9:57 AM
**To:** Locke Andrew C (CI) <Andrew.Locke@ci.irs.gov>; CTMorris@uspis.gov
**Cc:** John R. Glover <jr@litson.co>
**Subject:** [EXT]Brian Thure

You don't often get email from brent@litson.co. Learn why this is important

Agent Locke and Inspector Morris,

My firm represents Brian Thure. We were provided your names by Jane Norberg, counsel for Mr. Thure's former employer, Taylor Farms. We'd like to have a call with you and any AUSA who is involved in this matter. Please let us know when you'd be available to talk.

Regards,
Brent Hannafan

**Brent Hannafan**
Partner

# LITSON

54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 252-5717 | Brent@litson.co

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.