TAYLOR FRESH FOODS, INC., a Delaware )
corporation, )
                                         )
            Plaintiff, )
v. )      Case No. 3:26-cv-00772
                                         )
BRIAN THURE, an individual; )
JULIE THURE, an individual; )
MTS BUILDING AND ELECTRICAL; )
and JAMES MCPHERSON, an individual, )

           Defendants.

## PLAINTIFF TAYLOR FRESH FOODS, INC.'S MOTION TO ADVANCE AND REQUEST AN IN-PERSON CASE MANAGEMENT CONFERENCE

Under Local Rule 16.01(b)(1), Plaintiff Taylor Fresh Foods, Inc. ("TFF" or "Plaintiff") respectfully moves this Court to (1) advance the initial case management conference in this matter, currently set for September 15, 2026, to August 11, 2026, or as soon thereafter as is convenient for the Court; and (2) direct that the conference be conducted in person rather than by telephone. In support of this Motion, TFF states as follows:

1.       On June 5, 2026, TFF filed its Complaint against Defendants Brian Thure, Julie Thure, (the "Thures"), and MTS Building and Electrical, and James McPherson (together the "MTS Defendants"). (Doc. 1.)

2.       On June 9, 2026, the Court set the initial case management conference for September 15, 2026, at 10:00 a.m., to be conducted by telephone. (Docs. 6, 7.)

3.       On June 19, 2026, the Thures filed a Motion to Stay this proceeding.

4.       The Thures obtained an initial extension of their deadline to respond to the

Complaint, and on June 22, 2026, the Court entered an order extending that deadline to July 22, 2026. (Doc. 18.)

5. On June 22, 2026, TFF moved for reconsideration of the Court's order granting the Thures' extension. (Doc. 19.)

6. On June 24, 2026, TFF filed its Motion for Expedited Discovery and Memorandum in Support, seeking limited early discovery from Brian Thure, Julie Thure, and James McPherson to trace and preserve assets that TFF alleges are being actively concealed and dissipated. (Doc. 20.)

7. On June 26, 2026, Defendants MTS Building and Electrical and James McPherson (the "MTS Defendants") filed a Motion for Extension of Time to File an Answer or a Motion to Dismiss, which TFF opposed. (Doc. 22.)

8. On July 2, 2026, the MTS Defendants filed a Motion for a Stay of this proceeding. (Docs. 27, 28.)

9. On July 6, 2026, TFF filed a Motion for Entry of Default against the MTS Defendants based on their failure to timely respond to the Complaint. (Doc. 30.)

10. On July 21, 2026, the Thures filed a Second Motion for Extension of Time to Respond to the Complaint. (Doc. 40.)

11. On July 24, 2026, TFF filed a Motion for Entry of Default against Brian Thure and Julie Thure based on their continued failure to respond to the Complaint. (Doc. 43.)

12. Federal Rule of Civil Procedure 16(b)(1) requires a scheduling order to issue "as soon as practicable," and TFF has already asked this Court to expedite the scheduling conference in light of the prejudice caused by Defendants' repeated extension requests. (Doc. 41.)

13. Advancing the case management conference to August 11, 2026 will allow the

2

Court and the parties to address the status of the numerous pending motions including two Motions for Entry of Default (Docs. 30, 43), TFF's Motion for Expedited Discovery (Doc. 20), and two Motions to Stay (Doc. 27) and to establish a case schedule without further delay.

14. Advancing the conference is also consistent with Federal Rule of Civil Procedure 1, which directs that the Rules "be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action."

15. Given the number and complexity of the motions currently pending before the Court, Plaintiff requests an in-person case management conference to allow the Court to more efficiently address the substantive and procedural issues presented, the status of the outstanding motions, and the scheduling of remaining deadlines in this action.

16. Pursuant to Local Rule 7.01(a)(1), counsel for Plaintiff has conferred with counsel for Defendants regarding the relief requested in this Motion. Defendants' counsel did not respond before Plaintiff filed this Motion.

**WHEREFORE,** Plaintiff Taylor Fresh Foods, Inc. respectfully requests that the Court: (1) advance the initial case management conference in this matter from September 15, 2026 to August 11, 2026, or as soon thereafter as the Court's calendar permits; and (2) direct that the case management conference be conducted in person.

Dated: August 4, 2026

Respectfully Submitted,

*/s/ Darius Walker, Jr.*
Darius Walker, Jr. TN #35408
Erin A. Shackelford, TN #37488
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: 615-254-1900
Facsimile: 615-254-1908

*Counsel for Plaintiff Taylor Fresh Foods, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the following counsel via the Court's CM/ECF system on this 4th day of August 2026:

Kimberly S. Hodde
MEISTER SEELIG & SCHUSTER PLLC
40 Music Square East
Nashville, TN 37203
*Counsel for Defendants MTS Building and Electrical and James McPherson*

Brent Hannafan
John Ross Glover
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
*Counsel for Defendants Brian & Julie Thure*

/s/ Darius Walker, Jr.
Darius Walker, Jr.

4