| | |
|---|---|
| **Subject:** | Re: TFF v. Brian Thure et al |
| **Date:** | Wednesday, August 5, 2026 at 2:03:40 PM Central Daylight Time |
| **From:** | John R. Glover |
| **To:** | Shackelford, Erin A., Stacey Ashby, Brent A. Hannafan, Ally Foresman, Kim Hodde, Mitch Schuster |
| **CC:** | Walker, Darius, Absher, Natanim B. |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, k9bg0xswr9.png, ibarjqq38yp.png, ghg9kelzgwc.png |

Erin,

Frankly, we're confused by the positions you've taken below. You emailed us with a non-emergency filing at 6:00 PM yesterday and asked our position. You never indicated when you planned to file. Nevertheless, we responded at 7:12 PM, telling you we opposed and had a conflict for the date you were directing the Court to conduct a hearing (something we also thought was incredibly inappropriate) and do not want to endorse. We asked, at minimum, that you note our conflict for August 11 in your motion.

At 7:23 PM, Plaintiff then filed a motion with the following statement:"Defendants' counsel did not respond before Plaintiff filed this Motion." **That statement is false**. We understand that sometimes emails come in after support staff have already been given instructions for filing. That's why we appreciated Darius's 8:58 PM email stating that the filing was "inadvertent" and that Plaintiff would file an amended motion noting your "error" and our "objections." That made sense to us because we don't believe either of you would want to put factually inaccurate representations in front of the Court.

Additionally, LR 7.01(a)(1) states: "(a) Conference with Counsel, Filing, Response and Reply - (1) Conference with Counsel. In cases in which all parties are represented by counsel, all motions, except motions under Rule 12, 56, 59, or 60, but including discovery motions, must state that counsel for the moving party has conferred with all other counsel, and whether or not the relief requested in the motion is opposed. In those instances where counsel for the moving party is unable to confer with all other counsel, the motion must describe all attempts made to confer with counsel and the results of such attempts." You did not describe "all attempts made to confer" (which consisted of sending the single email at 6:00 p.m. before filing the motion less than an hour and a half later).

Your new position this morning is difficult to square with the above. If you and Darius are not on the same page, please clarify. Our ask is that you file the amended motion Darius described last night, note the inadvertent filing error, and note our unavailability on August 11. We'd much prefer to resolve the issue that way. If you decline, we will prepare a response outlining the issues with your below representations and seek appropriate relief from the Court.

Thanks,
JR

**John Ross Glover**
**Partner**



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

 

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

---

**From:** Shackelford, Erin A. <erin.shackelford@ogletree.com>
**Date:** Wednesday, August 5, 2026 at 12:33 PM
**To:** Stacey Ashby <sma@mss-pllc.com>; John R. Glover <jr@litson.co>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Walker, Darius <darius.walker@ogletreedeakins.com>; Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** RE: TFF v. Brian Thure et al

Stacey—our statement was not false. You did not respond before we filed our motion. The local rules that you cited require that we either confer or describe efforts to confer before filing. Our motion correctly notes that we filed our motion before hearing back from counsel. We are not withdrawing our motion.
**Erin A. Shackelford | Ogletree Deakins**
Truist Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2214
erin.shackelford@ogletree.com | www.ogletree.com | Bio

---

**From:** Stacey Ashby <sma@mss-pllc.com>
**Sent:** Wednesday, August 5, 2026 12:03 PM
**To:** Shackelford, Erin A. <erin.shackelford@ogletree.com>; Walker, Darius <darius.walker@ogletreedeakins.com>; John R. Glover <jr@litson.co>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** RE: TFF v. Brian Thure et al

*[Caution: Email received from external source]*

---

Erin:

You made the following false statement in the motion: Defendants' counsel did not respond before Plaintiff filed this Motion. Your colleague then acknowledged that it was erroneously filed and an amended motion with a correct record-noting our objections would be filed as

required to do per LR 7.01.

Are you saying you won't follow through with this amendment to correct the record?

**Stacey Ashby**

Partner



**E**: sma@mss-pllc.com
**D**: (212) 655-3562
**O**: (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017

www.mss-pllc.com

**\*\*New email domain: @mss-pllc.com — please whitelist to ensure receipt.**
NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

**From:** Shackelford, Erin A. <erin.shackelford@ogletree.com>
**Sent:** Wednesday, August 5, 2026 12:49 PM
**To:** Stacey Ashby <sma@mss-pllc.com>; Walker, Darius <darius.walker@ogletreedeakins.com>; John R. Glover <jr@litson.co>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** RE: TFF v. Brian Thure et al

> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

Good morning, Stacey. Considering your continued objection and limited availability we don't feel that an amended motion is necessary because the current motion comports with the local rules.

Thanks,
Erin
**Erin A. Shackelford | Ogletree Deakins**
Truist Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2214
erin.shackelford@ogletree.com | www.ogletree.com | Bio

**From:** Stacey Ashby <sma@mss-pllc.com>
**Sent:** Wednesday, August 5, 2026 8:06 AM
**To:** Walker, Darius <darius.walker@ogletree.com>; John R. Glover <jr@litson.co>; Shackelford, Erin A. <erin.shackelford@ogletreedeakins.com>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** Re: TFF v. Brian Thure et al

**[Caution: Email received from external source]**

We are not amenable to a joint motion; we continue to object to the relief sought. That said, we could be in Nashville on either Wednesday or Thursday of next week. After that, August is difficult.

**Stacey Ashby**

Partner



**E:** sma@mss-pllc.com
**D:** (212) 655-3562
**O:** (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017

www.mss-pllc.com

*__**New email domain: @mss-pllc.com — please whitelist to ensure receipt.**__*

NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

**From:** Walker, Darius <darius.walker@ogletree.com>
**Date:** Tuesday, August 4, 2026 at 8:58 PM
**To:** Stacey Ashby <sma@mss-pllc.com>; John R. Glover <jr@litson.co>; Shackelford, Erin A. <erin.shackelford@ogletreedeakins.com>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** RE: TFF v. Brian Thure et al

> You don't often get email from darius.walker@ogletree.com. Learn why this is important
>
> **CAUTION:** This is an external email. DO NOT click links or open attachments unless you can confirm the sender and know the content is safe.

JR and Stacey—

We inadvertently filed the Motion requesting the in-person case management conference prior to receiving your respective objections. We will file an amended motion noting our error and your objections. As it relates to the timing of the in-person case management conference, is there an August date that works best for you? If so, are you amenable to us filing a Joint Motion with a request for the same date?

Thanks,

**Darius Walker, Jr. | Ogletree Deakins**

Truist Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2219
darius.walker@ogletree.com | www.ogletree.com | Bio

---

**From:** Stacey Ashby <sma@mss-pllc.com>
**Sent:** Tuesday, August 4, 2026 7:28 PM
**To:** John R. Glover <jr@litson.co>; Shackelford, Erin A. <erin.shackelford@ogletree.com>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Walker, Darius <darius.walker@ogletreedeakins.com>; Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** Re: TFF v. Brian Thure et al

**[Caution: Email received from external source]**

---

I see that you just filed without even getting our response. I'll note that as well in our objection.

**Stacey Ashby**

Partner

**E:** sma@mss-pllc.com
**D:** (212) 655-3562
**O:** (212) 655-3500

125 Park Avenue, FL 7
New York, NY 10017

www.mss-pllc.com

*****New email domain: @mss-pllc.com — please whitelist to ensure receipt.**

NOTICE UNDER E-SIGN ACT: Unless specifically set forth herein, this electronic communication is not intended to be a legally binding electronic signature, and no offer, commitment, or assent on behalf of the sender or its client is expressed or implied by the transmission of this email or any attachments hereto.
NOTICE OF ATTORNEY'S CONFIDENTIALITY: This electronic communication and any attachments are transmitted by MEISTER SEELIG & SCHUSTER PLLC and may contain information that is legally privileged and confidential, intended solely for the use of the named recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents hereof is strictly prohibited. If you have received this communication in error, please notify the sender immediately, permanently delete this message and all attachments, and retain no copies thereof.

---

**From:** Stacey Ashby <sma@mss-pllc.com>
**Date:** Tuesday, August 4, 2026 at 8:26 PM
**To:** John R. Glover <jr@litson.co>; Shackelford, Erin A. <erin.shackelford@ogletree.com>; Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; Kim Hodde <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>
**Cc:** Walker, Darius <darius.walker@ogletreedeakins.com>; Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** Re: TFF v. Brian Thure et al
Good evening,

We also oppose and similarly have a conflict with Aug 11th. Asking for a conference to take place with less than a week's notice is hardly appropriate and I'd like our objection noted as such in your motion.

| | |
|---|---|
| **Subject:** | Re: TFF v. Brian Thure et al |
| **Date:** | Tuesday, August 4, 2026 at 7:12:37 PM Central Daylight Time |
| **From:** | John R. Glover |
| **To:** | Shackelford, Erin A., Brent A. Hannafan, Ally Foresman, ksh@mss-pllc.com, Mitch Schuster, Stacey Ashby |
| **CC:** | Walker, Darius, Absher, Natanim B. |
| **Attachments:** | x2kcqtsdz8.png, 3meoov4cuxy.png, qim0kzy2xbk.png |

Hi Erin,

We do oppose. We also have a conflict on August 11 and would ask that you note that in your motion.

Thanks,
JR

**John Ross Glover**
**Partner**



54 Music Square East, Suite 300
Nashville, Tennessee 37203

(615) 985-8187 | jr@litson.co

 

**CONFIDENTIALITY NOTICE**: This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately and delete this message. Any unauthorized review, use, disclosure, or distribution is prohibited. Thank you.

**From:** Shackelford, Erin A. <erin.shackelford@ogletree.com>
**Date:** Tuesday, August 4, 2026 at 6:00 PM
**To:** Brent A. Hannafan <brent@litson.co>; Ally Foresman <ally@litson.co>; John R. Glover <jr@litson.co>; ksh@mss-pllc.com <ksh@mss-pllc.com>; Mitch Schuster <ms@mss-pllc.com>; Stacey Ashby <sma@mss-pllc.com>
**Cc:** Walker, Darius <darius.walker@ogletreedeakins.com>; Absher, Natanim B. <natanim.absher@ogletreedeakins.com>
**Subject:** TFF v. Brian Thure et al

Good afternoon, all. We plan to file the attached motion requesting an in-person conference on August 11.  We have represented that Defendants oppose, but please let us know if that is not the case.

Thanks,
Erin
**Erin A. Shackelford | Ogletree Deakins**
Truist Plaza, 401 Commerce Street, Suite 1200 | Nashville, TN 37219-2446 | Telephone: 615-687-2214
erin.shackelford@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*