# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| TAYLOR FRESH FOODS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:26-cv-00772 |
| BRIAN THURE, an individual; JULIE THURE, an individual; MTS BUILDING AND ELECTRICAL; and JAMES MCPHERSON, an individual, | ) ) ) ) ) ) | |
| Defendants. | | |

## PLAINTIFF TAYLOR FRESH FOODS, INC.'S REPLY IN SUPPORT OF MOTION TO ADVANCE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiff Taylor Fresh Foods, Inc. ("Plaintiff") respectfully submits this Reply to clarify the record regarding Paragraph 16 of its Motion to Advance Initial Case Management Conference ("Motion") (Doc. 45), filed August 4, 2026.

On August 4, 2026, at approximately 6:00 p.m. CST, Plaintiff's counsel emailed Defendants' counsel regarding the proposed Motion and their respective positions. At approximately 6:48 p.m. CST, Plaintiff's counsel initiated filing the Motion, absent a response from Defendants' counsel. Plaintiff's counsel subsequently received an email from counsel for Defendants Brian and Julie Thure while Plaintiff's filing of the Motion was underway.[1] Defendants' respective counsel have opposed the relief sought in Plaintiff's Motion and have indicated unavailability on August 11, 2026.

---

[1] Counsel for MTS Building and Electrical and James McPherson also sent an email notifying counsel for Plaintiff of their objection after filing was complete and three minutes after receipt of the electronic notification confirming the filing sent to all parties.

Notwithstanding Defendants' counsels' unavailability on August 11, 2026, Plaintiff respectively requests the Court to advance the Initial Case Management Conference, originally set for September 15, 2026, by no later than two weeks from the date of this Notice.

Dated: August 7, 2026

Respectfully Submitted,

*/s/ Erin A. Shackelford*
Darius Walker, Jr. TN #35408
Erin A. Shackelford, TN #37488
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219
Telephone: 615-254-1900
Facsimile: 615-254-1908

*Counsel for Plaintiff Taylor Fresh Foods, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and exact copy of the foregoing was served on the

following counsel via the Court's CM/ECF system on this 7th day of August 2026:


Kimberly S. Hodde
MEISTER SEELIG & SCHUSTER PLLC
40 Music Square East
Nashville, TN 37203
*Counsel for Defendants MTS Building and Electrical and James McPherson*

Brent Hannafan
John Ross Glover
LITSON PLLC
54 Music Square East, Suite 300
Nashville, TN 37203
*Counsel for Defendants Brian & Julie Thure*

/s/ Erin A. Shackelford
Erin A. Shackelford
